PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (510) 970-4822
      Facsimile: (415) 744-0134
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VICTORIA BARNEY,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:22-cv-00414-GSA<br><br>STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Complaint be extended from July 12, 2022 to September 12, 2022.  This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint.  Defendant respectfully requests this additional time because additional time is needed to prepare and file the certified administrative record.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall file the certified administrative record on or before September 12, 2022;
- Within 45 days of the filing of the certified administrative record (on or before October 27, 2022); Plaintiff shall file her opening brief;
- Within 45 days of the filing of the opening brief (on or before December 11, 2022), defendant shall file her opposition brief;
- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief (on or before December 31, 2022).

Respectfully submitted,

DATE: July 7, 2022         */s/ Stuart Barasch*   \*
                           STUART BARASCH
                           Attorney for Plaintiff
                           (\* approved via email on 7/5/22)

                           PHILLIP A. TALBERT
                           United States Attorney

DATE: July 7, 2022    By   *s/ Marcelo Illarmo*
                           MARCELO ILLARMO
                           Special Assistant United States Attorney

                           Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   **July 8, 2022**            /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE